UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
UNITED STATES,                                               :
                                                             :
                                                             :      SCHEDULING ORDER
              -against-                                      :
                                                             :      21 Cr. 274 (AKH)
                                                             :
                                                             :
DANGELO DAVIS.                                               :
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

The initial pretrial conference, currently scheduled for July 16, 2021, is hereby adjourned until July 26, 2021, at 2:30 p.m. The conference will be held via the following call-in number:

**Call-in number: 888-363-4749**

**Access code: 7518680**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

Finally, no later than July 19, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated: July 6, 2021 _____/s/ Alvin K. Hellerstein_____
       New York, New York     ALVIN K. HELLERSTEIN
                                        United States District Judge