UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

    - v. -

DANGELO DAVIS,

    Defendant.

------------------------------------- x

**ORDER**

21 Cr. 274 (AKH)

Upon the request of defendant Dangelo Davis, by his counsel Anna R. Schneider, and with good cause shown, it is thereby

**ORDERED** that Essex County Correctional Facility, the Bureau of Prisons, and the United States Marshals Service permit Dr. Adeyinka M. Akinsulure-Smith to enter Essex County Correctional Facility and meet with Dangelo Davis, as needed, to complete her interviews and evaluations in support of Mr. Davis's sentencing submission.

Dates:    New York, New York
            September 28, 2021

SO ORDERED:

*Mary Kay Vyskocil*

HONORABLE MARY KAY VYSKOCIL
United States District Judge