UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA,

-V-

DANGELO DAVIS,

                              *Defendant*.
------------------------------------------------------------ x

**SCHEDULING ORDER**

21 Cr. 274 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing previously scheduled for January 5, 2022 is hereby adjourned.

       The parties are hereby ordered to appear for a sentencing on December 20, 2021, at 10:30 a.m., which will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the sentencing.

       Finally, no later than December 13, 2021 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    October 21, 2021                  /s/   Alvin K. Hellerstein
             New York, New York         ALVIN K. HELLERSTEIN
                                            United States District Judge